# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANN P. WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 09-0490-CG-N |
| MARY D. BROWN, | ) ) ) |
| Defendant. | ) |

## AMENDED JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that this action be and is hereby **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of personal jurisdiction over the defendant.

**DONE** and **ORDERED** this 18th day of February, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE